# United States Court of Appeals
## For the First Circuit

No. 22-1015

DAMON IMMEDIATO, STEPHEN LEVINE, and ERIC WICKBERG, on behalf of themselves and all others similarly situated,

Plaintiffs, Appellants,

v.

POSTMATES, INC.,

Defendant, Appellee.

**JUDGMENT**

Entered: November 29, 2022

    This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

    Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The judgment of the district court is affirmed.

By the Court:

Maria R. Hamilton, Clerk

cc: Shannon Erika Liss-Riordan, Michelle Cassorla, Joshua Seth Lipshutz, Theane Evangelis, Blaine Evanson, Dhananjay S. Manthripragada, Michele L. Maryott, Allison Mather